ROY A. KATRIEL (S.B.N. 265463)
THE KATRIEL LAW FIRM
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 350-4342
Facsimile:  (858) 304-5505
e-mail: rak@katriellaw.com

AARON H. DARSKY (S.B.N. 212229)
AARON DARSKY, P.C.
345 Franklin Street, Suite 103
San Francisco, CA 94102
Telephone: (415) 515-4220
Facsimile: (877) 591-2880
e-mail: aaron@darskylaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC L. LIFSCHITZ, On Behalf Of Himself And All Others Similarly Situated, <br><br> Plaintiff <br><br> v. <br><br> RONALD M. GEORGE, IN HIS OFFICIAL CAPACITY AS HEAD OF THE JUDICIAL COUNCIL OF CALIFORNIA, <br><br> Defendant. | **No. 10-2107-SI** <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** <br><br> **Date:  August 27, 2010** <br> **Time:  9:00 am** <br> **Courtroom: 10 – 19th Floor** <br><br> **Judge: Hon. Susan Illston** |

0

WHEREAS Plaintiff believes that new matters were raised in Defendant's Reply in Support of Defendant's Motion to Dismiss that warrant the filing of a Surreply;

Pursuant to Civil Local Rules 7-12 and 7-3(d), the parties to the above-entitled action, by and through their undersigned counsel, Stipulate and agree, subject to Court approval, to permit Plaintiff to file the Surreply in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint For Prospective and Injunctive Relief that is attached hereto as Exhibit 1.

Respectfully submitted,

August 12, 2010

_/s/_ **Roy A. Katriel**/_____
ROY A. KATRIEL (SBN 265463)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 350-4342
Facsimile: (858) 304-5505
e-mail: rak@katriellaw.com

*Counsel for Plaintiff*

__/s/ **Tom Blake**_____
TOM BLAKE (SBN 51885)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5506
Facsimile: (415) 703-5480
e-mail: Tom.Blake@doj.ca.gov

*Counsel for Defendant*

**PURSUANT TO STIPULATION IT IS SO ORDERED.**

Dated:_____,2010

_____
Hon. Susan Illston,
United States District Judge

1