IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ERIC L. LIFSCHITZ,                            No. C 10-2107 SI

       Plaintiff,                           **JUDGMENT**

v.

RONALD M. GEORGE,

       Defendant.
                                     /

The Court has dismissed the complaint without leave to amend. Judgment is hereby entered in favor of defendant.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 28, 2011

                                               SUSAN ILLSTON
                                               United States District Judge